RECEIVED

OCT 17 2003

KENNETH J. MURPHY, CLERK
DAYTON, OHIO

FILED
03 OCT 20 AM 9:09
[illegible stamp]

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| MICROSOFT CORPORATION, | Case No. C-1-01-491 |
| Plaintiff, | |
| v. | |
| RETECH COMPUTER EQUIPMENT, INC., et al. | |
| Defendants. | |

## STIPULATED DISMISSAL ORDER

WHEREAS Plaintiff Microsoft Corporation ("Microsoft") and Defendants Retech Computer Equipment, Inc., an Ohio corporation, and Michael Sutter, an individual (collectively "Defendants") have settled the above-captioned matter; and

WHEREAS this Court has entered a Stipulated Injunction between Microsoft and Defendants;

**IT IS HEREBY STIPULATED** by and between Plaintiff, through its attorneys, and Defendants, through their attorneys, that Defendants Retech Computer Equipment, Inc., an Ohio corporation, and Michael Sutter, an individual shall be dismissed with prejudice from Microsoft's Complaint pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, with each party to bear its own costs and attorneys' fees.

378W:00011:328962:1:LOUISVILLE

**IT IS HEREBY FURTHER STIPULATED** that this Court shall retain jurisdiction to enforce the Stipulated Injunction entered by this Court and the Settlement Agreement and Release between Microsoft and Defendants.

**IT IS SO STIPULATED.**

For Plaintiff MICROSOFT CORPORATION, a Washington corporation

STITES & HARBISON, PLLC

Dated: 9/19, 2003

By: _____
Joel T. Beres, Esq.

For Defendants RETECH COMPUTER EQUIPMENT, INC. and MICHAEL SUTTER

TRESSLER, SODERSTROM, MALONEY & PRIESS

Dated: 10·17, 2003

By: _____
James K. Borcia, Esq.

## ORDER

Good Cause appearing therefore, **IT IS ORDERED THAT**:

Defendants Retech Computer Equipment, Inc., an Ohio corporation, and Michael Sutter, an individual (collectively, "Defendants"), are hereby dismissed with prejudice from Microsoft's Complaint pursuant to Rule 41 (a) of the Federal Rules of Civil Procedure, with each party to bear its own costs and attorneys' fees.

This Court shall retain jurisdiction to enforce the Stipulated Injunction entered by this Court and the Settlement Agreement and Release between Microsoft and Defendants.

Dated: 10-17, 2003

~~CHIEF~~ **JUDGE WALTER H. RICE**
**UNITED STATES DISTRICT COURT**